IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENRIQUE GARCIA MORALES, on behalf of himself and others similarly situated,<br><br>                      Plaintiff,<br>   v.<br><br>NEW INDIAN FOODS, LLC<br>   d/b/a THE BOMBAY BREAD BAR and FLOYD CARDOZ,<br><br>                      Defendants. | Case No.: 18-CV-3401<br><br>Ramos, J.<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

     For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiff's Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: August 20, 2019        Respectfully submitted,

                                        LEE LITIGATION GROUP, PLLC

                       By:   /s/ C.K. Lee
                            C.K. Lee (CL 4086)
                            148 West 24th Street, Eighth Floor
                            New York, NY 10011
                            Tel.: 212-465-1188
                            Fax: 212-465-1181
                            ***Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class***